IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:06CR350 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| ADRIAN ROMERO, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER comes before the Court on Defendant's Motion to Seal [15] requesting the Motion to Continue Trial [16] be placed under seal. The Court, being fully advised in the premises, finds that said Motion [15] should be granted.

IT IS THEREFORE ORDERED that the Motion to Continue Trial [16] shall be placed under seal.

DATED April 2, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge